AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
REED, KENNETTA B

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00266-AGH
Case No. GM1 9040004 & 9040003
USM No.
Pro Se
Defendant's Attorney

**THE DEFENDANT:** REED, KENNETTA B

☐ **THE DEFENDANT** pleaded guilty to count(s)

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-48 | Fail to Maintain Lane | 04/25/2026 | 1 |
| OCGA § 40-6-180 | Speed Too Fast for Conditions | 04/25/2026 | 2 |

☑ Count(s) 1 & 2 ☐ is ☑ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 1958

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:
FAIRBURN, GA

07/29/2026
Date of Imposition of Judgment

[signature]
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

07/29/2026
Date